UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

AMY JO-MANSHUM JOHN,
a/k/a AMY JO JOHN,           **INDICTMENT**
a/k/a AMY JO MANSHUM JOHN,
a/k/a AMY JO MANSHUM,

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Interference with Flight Crew Members and Attendants)

On or about December 14, 2019, while aboard Allegiant Airlines Flight # 1795, an aircraft in the special aircraft jurisdiction of the United States, on a nonstop flight from Fort Lauderdale – Hollywood International Airport, Broward County, Florida, in the Southern District of Florida, to Gerald R. Ford International Airport, Kent County, Michigan, in the Western District of Michigan,

AMY JO-MANSHUM JOHN,
a/k/a AMY JO JOHN,
a/k/a AMY JO MANSHUM JOHN,
a/k/a AMY JO MANSHUM,

knowingly assaulted D.W., a flight attendant of the aircraft, and such assault interfered with the performance of the duties of the flight attendant and lessened D.W.'s ability to perform her duties as a flight attendant. Specifically, while the flight was in progress, defendant swung her arm twice at D.W. to strike her.

49 U.S.C. § 46504

## COUNT 2
(Interference with Flight Crew Members and Attendants)

On or about December 14, 2019, while aboard Allegiant Airlines Flight # 1795, an aircraft in the special aircraft jurisdiction of the United States, on a nonstop flight from Fort Lauderdale – Hollywood International Airport, Broward County, Florida, in the Southern District of Florida, to Gerald R. Ford International Airport, Kent County, Michigan, in the Western District of Michigan,

AMY JO-MANSHUM JOHN,
a/k/a AMY JO JOHN,
a/k/a AMY JO MANSHUM JOHN,
a/k/a AMY JO MANSHUM,

knowingly intimidated K.N., J.C., and B.H., flight attendants of the aircraft, and such intimidation interfered with the performance of the duties of these flight attendants and lessened their ability to perform their duties as flight attendants.  Specifically, while the flight was in progress, defendant was disruptive, unruly, and disobedient.

49 U.S.C. § 46504

A TRUE BILL,

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney