UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 1:20-cr-31-PLM

v.

INDICTMENT
**PENALTY SHEET**

AMY JO-MANSHUM JOHN,
a/k/a AMY JO JOHN,
a/k/a AMY JO MANSHUM JOHN,
a/k/a AMY JO MANSHUM,
        Defendant.
_____/

**COUNTS 1 & 2 – INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS (49 U.S.C. § 46504)**

**Penalty:** Not more than 20 years imprisonment and $250,000 fine. [49 U.S.C. § 46504]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

Date: February 12, 2020        /s/ Clay M. West
                                           Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046