UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:20-cr-31

        Hon. Paul L. Maloney
        United States District Judge

AMY JO-MANSHUM JOHN,

        Defendant.
_____/

**CERTIFICATE IN ACCORDANCE WITH**
**ADMINISTRATIVE ORDER NO. 15-RL-78**

Defense counsel has consulted with the Assistant United States Attorney in this matter, Clay West. AUSA West indicated that the government takes no position on Ms. John's motion. This Certificate is being filed in accordance with LCrimR 12.4 and Administrative Order No. 15-RL-78.

        Respectfully submitted,

        SHARON A. TUREK
        Federal Public Defender

        /s/ James Stevenson Fisher
        JAMES STEVENSON FISHER
        Assistant Federal Public Defender
        50 Louis NW, Suite 300
        Grand Rapids, Michigan 49503
Dated: May 1, 2020        (616) 742-7420