UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 1:20–cr–31

    v.                              Hon. Paul L. Maloney

AMY JO–MANSHUM JOHN,

      Defendant.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):         Motion to Withdraw as Attorney (ECF No. 20)
Date/Time:        May 5, 2020   11:00 AM
Magistrate Judge:  Ray Kent
Place/Location:    584 Federal Building, Grand Rapids, MI


                                            RAY KENT
                                            U.S. Magistrate Judge

Dated:  May 4, 2020        By:    /s/ Faith Hunter Webb_____
                                          Judicial Assistant