## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| **USA v.** Amy Jo-Manshum John | **Mag. Judge:** Ray Kent |
|---|---|

| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
|---|---|---|---|---|
| 1:20-cr-00031-PLM | May 5, 2020 | 11:19 - 11:53 a.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Clay M. West | Defendant: James Stevenson Fisher | Counsel Designation: FPD Appointment |
|---|---|---|

| **OFFENSE LEVEL** | **CHARGING DOCUMENT/COUNTS** | **CHARGING DOCUMENT** |
|---|---|---|
| Felony | Indictment, Counts 1-2 | Read __ <br> Reading Waived __ |

| **TYPE OF HEARING** | **DOCUMENTS** | **CHANGE OF PLEA** |
|---|---|---|
| __ First Appearance <br> __ Arraignment: <br>   __ mute   __ nolo contendere <br>   __ not guilty   __ guilty <br> __ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary   (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> ✓ Change of Plea <br> __ Sentencing <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of _____ <br> ✓ Consent to Mag. Judge for Plea <br> __ Other: _____ <br><br> Court to Issue: <br> ✓ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> __ Other: _____ | Guilty Plea to Count(s) 1 <br> of the Indictment <br> Count(s) to be dismissed at sentencing: 2 <br><br> Presentence Report: <br> ✓ Ordered   __ Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br><br> **EXPEDITED RESOLUTION** <br> __ Case appears appropriate for expedited resolution |

| **ADDITIONAL INFORMATION** | **SENTENCING** |
|---|---|
| Defense counsel withdrew its motion to withdraw as attorney (ECF No. 20) on the record. | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted:   __ Yes  __ No <br> Defendant informed of right to appeal:   __ Yes  __ No <br> Counsel informed of obligation to file appeal: __ Yes  __ No |

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** S. Carpenter |