UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        Case No. 1:20–cr–31

    v.                               Hon. Paul L. Maloney

AMY JO–MANSHUM JOHN,

    Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:   August 17, 2020   02:30 PM
District Judge:   Paul L. Maloney
Place/Location:   174 Federal Building, Kalamazoo, MI


                                        PAUL L. MALONEY
                                        United States District Judge

Dated:  May 6, 2020         By:   /s/ Amy C. Redmond
                                     Case Manager